

William C. Baton
Phone: (973) 286-6728
Fax: (973) 286-6800
wbaton@saul.com
www.saul.com

**VIA ECF**                                                                  May 9, 2025

The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Merck Sharp & Dohme LLC, et al. v. Sun Pharmaceutical Industries Ltd., et al.*
             Civil Action No. 25-1424 (CCC)(LDW)

Dear Judge Cecchi:

    This firm, together with Sidley Austin LLP, represents Plaintiffs Merck Sharp & Dohme LLC, Cubist Pharmaceuticals LLC, and MSD International Business GmbH (collectively, "Plaintiffs") in the above-captioned matter.

    We are pleased to inform the Court that the parties have reached an amicable resolution of this matter. Accordingly, enclosed for Your Honor's consideration is a Consent Judgment, which, subject to the Court's approval, would dismiss this case. If the enclosed Consent Judgment meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                               Respectfully yours,

                                               William C. Baton

Enclosure
cc:   Hon. Leda D. Wettre, U.S.M.J. (via ECF)
       All counsel (via email)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com

*Attorneys for Plaintiffs*
*Merck Sharp & Dohme LLC, Cubist Pharmaceuticals LLC,*
*and MSD International Business GmbH*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------X
:
MERCK SHARP & DOHME LLC,                                       :
CUBIST PHARMACEUTICALS LLC, and                                :
MSD INTERNATIONAL BUSINESS GMBH,                               :
                                                               :  Civil Action No. 25-1424 (CCC)(LDW)
                    Plaintiffs,                                :
                                                               :  Filed Electronically
            v.                                                 :
                                                               :
SUN PHARMACEUTICAL INDUSTRIES LTD.                             :
and SUN PHARMACEUTICAL INDUSTRIES,                             :
INC.,                                                          :
                    Defendants.                                :
---------------------------------------------------------------X

**CONSENT JUDGMENT**

Merck Sharp & Dohme LLC, Cubist Pharmaceuticals LLC, and MSD International Business GmbH (collectively hereinafter, "Merck"), and Sun Pharmaceutical Industries Ltd. and Sun Pharmaceutical Industries, Inc. (collectively hereinafter, "Sun"), the parties in the above-captioned action, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this ___ day of May, 2025:

ORDERED, ADJUDGED, AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Sun Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 220102 (the "Sun ANDA"); (ii) the term "Licensed Patents" shall mean United States Patent Number 7,906,489; United States Patent Number 7,378,508; United States Patent Number 7,863,249; and United States Patent Number 8,859,510; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Sun; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized by Merck, Sun, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing, or distributing of the Sun Product.

4. Compliance with this Consent Judgment may be enforced by Merck and its successors in interest or assigns.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment.

6. All claims and demands in this action are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

                                         Hon. Claire C. Cecchi, U.S.D.J.

We hereby consent to the form and entry of this Order:

Dated: May 9, 2025

s/ William C. Baton
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com

Of counsel:
Stephanie P. Koh
Gwen Hochman Stewart
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
skoh@sidley.com
gstewart@sidley.com

*Attorneys for Plaintiffs*
*Merck Sharp & Dohme LLC,*
*Cubist Pharmaceuticals LLC,*
*and MSD International GmbH*

s/ R Touhey Myer
R Touhey Myer (NJ Bar ID 028912009)
KRATZ & BARRY LLP
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*
Timothy H. Kratz
George J. Barry III
John Thallemer
KRATZ & BARRY, LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com
jthallemer@kratzandbarry.com

Michael P. Hogan
KRATZ & BARRY LLP
325 Chestnut Street, Suite 883, #259
Philadelphia, PA 19106
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendants*
*Sun Pharmaceutical Industries Ltd.*
*and Sun Pharmaceutical Industries, Inc.*

3